# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| ARTHUR STAEHLING, and JULIA STAEHLING, as guardians, next friends and parents of JENNA STAEHLING a minor, | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | No. 3:07-0797 Judge Echols |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) ) ) ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 50) which seeks summary judgment solely on Plaintiffs' federal claims is hereby GRANTED. Plaintiffs' claims under 42 U.S.C. § 1983 for violation of the Fourteenth Amendment and their claims under Title IX, 20 U.S.C. § 1681 et seq., for deprivation of educational opportunities are hereby DISMISSED WITH PREJUDICE. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state law negligence claim and that claim is hereby DISMISSED WITHOUT PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE